UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER MICHAEL HART<br><br>    Defendant. | Case No. 19-20233<br>Honorable Laurie J. Michelson |

## ORDER DETAINING DEFENDANT

Pursuant to the Petition for Action on Conditions of Pretrial Release an arrest warrant was issued for Defendant Christopher Michael Hart and his bond was cancelled. (ECF No. 14.) Following Hart's arrest, the Court conducted a hearing on June 26, 2019. For the reasons set forth more fully on the record at the hearing, the Court finds that the factors under 18 U.S.C. § 3148 have been satisfied. Accordingly,

IT IS HEREBY ORDERED Defendant Christopher Hart's bond is revoked and he shall be detained pending trial.

The Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

**IT IS SO ORDERED.**

                                            s/Laurie J. Michelson
                                            LAURIE J. MICHELSON
                                            UNITED STATES DISTRICT JUDGE

Date: July 1, 2019

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 1, 2019.

                                            s/William Barkholz
                                            Case Manager to
                                            Honorable Laurie J. Michelson